McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
  *patrick.fredette@mccormickbarstow.com*
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, OH 45202
Telephone:  (513) 762-7520
Facsimile:  (513) 762-7521

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jay A. Christofferson, #203878
  *jay.christofferson@mccormickbarstow.com*
5 River Park Place East
Fresno, California 93720-1501
Telephone:  (559) 433-1300
Facsimile:  (559) 433-2300

Attorneys for LIBERTY INSURANCE CORPORATION, LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., and LIBERTY INTERNATIONAL UNDERWRITERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PARKLYN BAY COMPANY, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>LIBERTY INSURANCE CORPORATION, an Illinois corporation, LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, LIBERTY INSURANCE UNDERWRITERS, INC., an Illinois corporation, and LIBERTY INTERNATIONAL UNDERWRITERS, a division of Liberty Mutual Group, Inc., a Massachusetts corporation, and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 3:13-cv-03124<br><br>**STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LIBERTY INSURANCE CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS, AND LIBERTY INTERNATIONAL UNDERWRITERS, INC.; AND ORDER** |

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
312 WALNUT STREET
CINCINNATI, OH 45202

3:13-cv-03124

STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LIBERTY INSURANCE CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS, AND LIBERTY INTERNATIONAL UNDERWRITERS INC.; AND ORDER

It is hereby stipulated by and between Plaintiffs Parklyn Bay, LLC ("Parklyn Bay") and Liberty Insurance Corporation ("LIC"), Liberty International Underwriters ("LIU") and Liberty International Underwriters, Inc. ("LIUI") by and through their respective undersigned counsel, pursuant to Fed.R.Civ.Proc. 41(a)(1)(A) as follows:

That LIC, LIU and LIUI are hereby dismissed without prejudice in exchange for a waiver of costs;

This Stipulation does not dispose of Parklyn Bay's remaining claim and its Complaint against Defendant Liberty Surplus Insurance Corporation;

This Stipulation is signed on behalf of all parties as hereunder described.

IT IS SO STIPULATED.

Dated: August 6, 2013

FRIED & WILLIAMS

By: _____
Steven C. Williams
Attorneys for PARKLYN BAY, LLC

Dated: August 6, 2013

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: _____
Patrick Fredette
Jay A. Christofferson
Attorneys for LIBERTY INSURANCE CORPORATION, LIBERTY SURPLUS INSURANCE CORPORATION, LIBERTY INSURANCE UNDERWRITERS, INC., and LIBERTY INTERNATIONAL UNDERWRITERS

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
312 WALNUT STREET
CINCINNATI, OH 45202

1

3:13-cv-03124

STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LIBERTY INSURANCE CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS, AND LIBERTY INTERNATIONAL UNDERWRITERS INC.; AND ORDER

## **ORDER**

Good cause appearing based on this Stipulation submitted by the parties, the Court orders that the Complaint filed by Parklyn Bay, LLC against Liberty Insurance Corporation, Liberty Insurance Underwriters and Liberty Insurance Underwriters, Inc. is dismissed without prejudice.

IT IS SO ORDERED.



_____
United States District Judge

2595570.1

2  
3:13-cv-03124

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
312 WALNUT STREET
CINCINNATI, OH 45202

STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LIBERTY INSURANCE CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS, AND LIBERTY INTERNATIONAL UNDERWRITERS INC.; AND ORDER

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 5 River Park Place East, Fresno, CA 93720-1501.

On August 6, 2013, I served true copies of the following document(s) described as **STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LIBERTY INSURANCE CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS, AND LIBERTY INTERNATIONAL UNDERWRITERS, INC.; AND ORDER** on the interested parties in this action as follows:

Steven C. Williams
Fried & Williams LLP
480 9th St.
Oakland, CA 94607

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 6, 2013, at Fresno, California.

*/s/ Karen P. Manriquez*
Karen P. Manriquez