1   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
2   Patrick Fredette, #207284
     *patrick.fredette@mccormickbarstow.com*
3   Scripps Center, Suite 1050
    312 Walnut Street
4   Cincinnati, OH  45202
    Telephone:    (513) 762-7520
5   Facsimile:    (513) 762-7521

6   McCormick, Barstow, Sheppard,
    Wayte & Carruth LLP
7   Jay A. Christofferson, #203878
     *jay.christofferson@mccormickbarstow.com*
8   5 River Park Place East
    Fresno, California 93720-1501
9   Telephone:    (559) 433-1300
    Facsimile:    (559) 433-2300
10

11  Attorneys for LIBERTY INSURANCE
    CORPORATION, LIBERTY SURPLUS
    INSURANCE CORPORATION, LIBERTY
12  INSURANCE UNDERWRITERS, INC., and
    LIBERTY INTERNATIONAL
13  UNDERWRITERS

14                     UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                      SAN FRANCISCO DIVISION

| | |
|---|---|
| 17  PARKLYN BAY COMPANY, LLC, a<br>California limited liability company, | Case No. 3:13-cv-03124 |
| 18 | **STIPULATION FOR DISMISSAL OF ALL** |
| 19       Plaintiff, | **CLAIMS AGAINST DEFENDANTS**<br>**LIBERTY INSURANCE CORPORATION,** |
| 20       v. | **LIBERTY INTERNATIONAL**<br>**UNDERWRITERS, AND LIBERTY**<br>**INTERNATIONAL UNDERWRITERS,** |
| 21  LIBERTY INSURANCE CORPORATION,<br>an Illinois corporation, LIBERTY SURPLUS | **INC.; AND ORDER** |
| 22  INSURANCE CORPORATION, a New<br>Hampshire corporation, LIBERTY | |
| 23  INSURANCE UNDERWRITERS, INC., an<br>Illinois corporation, and LIBERTY | |
| 24  INTERNATIONAL UNDERWRITERS, a<br>division of Liberty Mutual Group, Inc., a | |
| 25  Massachusetts corporation, and DOES 1<br>through 100, inclusive, | |
| 26       Defendants. | |

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
312 WALNUT STREET
CINCINNATI, OH 45202

STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LIBERTY INSURANCE
CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS, AND LIBERTY INTERNATIONAL
UNDERWRITERS INC.; AND ORDER

1        It is hereby stipulated by and between Plaintiffs Parklyn Bay, LLC ("Parklyn Bay") and

2    Liberty Insurance Corporation ("LIC"), Liberty International Underwriters ("LIU") and Liberty

3    International Underwriters, Inc. ("LIUI") by and through their respective undersigned counsel,

4    pursuant to Fed.R.Civ.Proc. 41(a)(1)(A) as follows:

5        That LIC, LIU and LIUI are hereby dismissed without prejudice in exchange for a waiver of

6    costs;

7        This Stipulation does not dispose of Parklyn Bay's remaining claim and its Complaint against

8    Defendant Liberty Surplus Insurance Corporation;

9        This Stipulation is signed on behalf of all parties as hereunder described.

10       IT IS SO STIPULATED.

11   Dated: August 6, 2013                                    FRIED & WILLIAMS

12                                                            By:_____

13                                                            Steven C. Williams
                                                             Attorneys for PARKLYN BAY, LLC

14

15   Dated: August 6, 2013                                   McCORMICK, BARSTOW, SHEPPARD,
                                                             WAYTE & CARRUTH LLP
16

17                                                           By:_____
                                                             Patrick Fredette
18                                                           Jay A. Christofferson
                                                             Attorneys for LIBERTY INSURANCE
19                                                           CORPORATION, LIBERTY SURPLUS
                                                             INSURANCE CORPORATION, LIBERTY
20                                                           INSURANCE UNDERWRITERS, INC., and
                                                             LIBERTY INTERNATIONAL UNDERWRITERS
21

22

23

24

25

26

27

28

1                                                            3:13-cv-03124

STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LIBERTY INSURANCE
CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS, AND LIBERTY INTERNATIONAL
UNDERWRITERS INC.; AND ORDER

1

### ORDER

2        Good cause appearing based on this Stipulation submitted by the parties, the Court orders that

3    the Complaint filed by Parklyn Bay, LLC against Liberty Insurance Corporation, Liberty Insurance

4    Underwriters and Liberty Insurance Underwriters, Inc. is dismissed without prejudice.

5        IT IS SO ORDERED.

6

7    United States District Judge

8    2595570.1



9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
312 WALNUT STREET
CINCINNATI, OH 45202

STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LIBERTY INSURANCE
CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS, AND LIBERTY INTERNATIONAL
UNDERWRITERS INC.; AND ORDER

1

## PROOF OF SERVICE

2 **STATE OF CALIFORNIA, COUNTY OF FRESNO**

3       At the time of service, I was over 18 years of age and **not a party to this action**.  I am
4 employed in the County of Fresno, State of California.  My business address is 5 River Park Place
East, Fresno, CA 93720-1501.

5       On August 6, 2013, I served true copies of the following document(s) described as
**STIPULATION FOR DISMISSAL OF ALL CLAIMS AGAINST DEFENDANTS LIBERTY**
6 **INSURANCE CORPORATION, LIBERTY INTERNATIONAL UNDERWRITERS, AND**
**LIBERTY INTERNATIONAL UNDERWRITERS, INC.; AND ORDER** on the interested parties
7 in this action as follows:

8       Steven C. Williams
       Fried & Williams LLP
9       480 9th St.
       Oakland, CA  94607

10       **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s)
11 with the Clerk of the Court by using the CM/ECF system.  Participants in the case who are registered
CM/ECF users will be served by the CM/ECF system.  Participants in the case who are not registered
12 CM/ECF users will be served by mail or by other means permitted by the court rules.

13       I declare under penalty of perjury under the laws of the United States of America that the
foregoing is true and correct and that I am employed in the office of a member of the bar of this Court
14 at whose direction the service was made.

15       Executed on August 6, 2013, at Fresno, California.

16

17

18       Karen P. Manriquez

19

20

21

22

23

24

25

26

27

28

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
312 WALNUT STREET
CINCINNATI, OH 45202

3:13-cv-03124