Steven C. Williams, Esq., # 202988
Michael McLaughlin, Esq. # 277814
Fried & Williams LLP
177 Post St., Suite 700
San Francisco, CA  94108
Telephone:     (415) 421-0100

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
  *patrick.fredette@mccormickbarstow.com*
Jay A. Christofferson, #203878
  *jay.christofferson@mccormickbarstow.com*
7647 N Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

Attorneys for LIBERTY SURPLUS INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PARKLYN BAY COMPANY, LLC, a California limited liability company,<br><br>                Plaintiff,<br><br>        v.<br><br>LIBERTY INSURANCE CORPORATION, an Illinois corporation, LIBERTY SURPLUS INSURANCE CORPORATION, a New Hampshire corporation, LIBERTY INSURANCE UNDERWRITERS, INC., an Illinois corporation, and LIBERTY INTERNATIONAL UNDERWRITERS, a division of Liberty Mutual Group, Inc., a Massachusetts corporation, and DOES 1 through 100, inclusive,<br><br>                Defendants. | Case No. 3:13-cv-03124-EMC<br><br>**JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
312 WALNUT STREET
CINCINNATI, OH 45202

3:13-cv-03124-EMC

JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

1  Plaintiff, Parklyn Bay, LLC, and Defendant, Liberty Surplus Insurance Corporation, the lone
2  remaining Defendant in the case (collectively, the "Parties"), hereby stipulate, based on good cause
3  shown, to modify the Court's October 10, 2013, Scheduling Order as follows:

4  WHEREAS, the Court's October 10, 2013, Scheduling Order directed the Parties to complete
5  private mediation by December 17, 2013, provided the November 19, 2013, mediation in the
6  underlying action styled *Duncan et al. v. Parklyn Bay Co., et al.*, San Francisco County Superior
7  Court, Case No. CGC-12-521635 ("*Duncan* action") would go forward as scheduled.

8  WHEREAS, the mediation in the *Duncan* action was postponed from November 19, 2013, to
9  February 13, 2014.

10  WHEREAS, the Parties hereto have each agreed to participate in a private mediation in the
11  *Duncan* action on February 13, 2014.

12  Therefore, the Parties stipulate to extend the deadline for completing private mediation in this
13  action until March 15, 2014.

14  **IT IS SO STIPULATED**:

15  Dated: December 20, 2013                    FRIED & WILLIAMS LLP

By: /s/ Steven C. Williams
Steven C. Williams
Michael McLaughlin
Attorneys for PARKLYN BAY, LLC

Dated: December 20, 2013                    McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: /s/ Jay A. Christofferson
Patrick Fredette
Jay A. Christofferson
Attorneys for LIBERTY SURPLUS INSURANCE
CORPORATION

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
312 WALNUT STREET
CINCINNATI, OH 45202

1                                                                    3:13-cv-03124-EMC
JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED**:   The Further CMC is reset to 3/27/14 at 10:30 a.m.  An update joint CMC statement due 3/20/14.

3  DATED: ~~December ___, 2013~~  1/6/14

United States District Court Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

2768801.1

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF FRESNO**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Fresno, State of California. My business address is 7647 North Fresno Street, Fresno, CA 93720.

On December 20, 2013, I served true copies of the following document(s) described as **JOINT STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER** on the interested parties in this action as follows:

Steven C. Williams
Fried & Williams LLP
480 9th St.
Oakland, CA 94607

**BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the persons at the addresses listed in the Service List and placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that the correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 20, 2013, at Fresno, California.

*Karen P. Manriquez*
Karen P. Manriquez

2768801.1