1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Patrick Fredette, #207284
     patrick.fredette@mccormickbarstow.com
3  Scripps Center, Suite 1050
   312 Walnut Street
4  Cincinnati, OH 45202
   Telephone:  (513) 762-7520
5  Facsimile:  (513) 762-7521

6  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
7  Timothy R. Sullivan, #128467
     timothy.sullivan@mccormickbarstow.com
8  7647 N Fresno Street
   Fresno, California 93720
9  Telephone:  (559) 433-1300
   Facsimile:  (559) 433-2300
10
   Attorneys for LIBERTY SURPLUS
11 INSURANCE CORPORATION

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN FRANCISCO DIVISION

15 PARKLYN BAY COMPANY, LLC,              Case No. 3:13-cv-03124-EMC

16           Plaintiff,                   STIPULATION AND [PROPOSED]
                                          ORDER TO CONTINUE HEARING,
17      v.                                OPPOSITION AND REPLY DATES
                                          REGARDING MOTION TO DISMISS
18 LIBERTY SURPLUS INSURANCE              (modified)
   CORPORATION,
19
             Defendant.
20

21      Defendant Liberty Surplus Insurance Corporation has filed a Motion to Dismiss the First

22 Amended Complaint, and that motion is set for hearing on August 28, 2014. Plaintiff's Opposition to

23 that Motion is currently due to be filed no later than July 30, 2014, and Defendant's Reply is due no

24 later than August 6, 2014. The parties desire additional time to discuss whether Plaintiff's proposed

25 second amended complaint adequately addresses the issues raised in Defendant's Motion to Dismiss

26 and whether the Motion to Dismiss should be withdrawn.

27      In light of these facts, the parties stipulate to continue the hearing date for the Motion to

28 Dismiss to ~~September 25, 2014,~~ October 9, 2014 at 1:30 p.m.

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
312 Walnut Street
Cincinnati, OH 45202

3:13-cv-03124-EMC

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE HEARING, OPPOSITION AND REPLY DATES REGARDING MOTION TO DISMISS

The parties further stipulate to extend the deadline for Plaintiff's Opposition to that Motion to Dismiss to September 4, 2014; and

The parties further stipulate to extend the deadline for Defendant's Reply in support of that Motion to September 11, 2014.

IT IS SO STIPULATED:

Dated: July ___, 2014

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Timothy R. Sullivan
Patrick Fredette
Timothy R. Sullivan
Attorneys for Defendant
LIBERTY SURPLUS INSURANCE CORPORATION

Dated: July 29, 2014

FRIED & WILLIAMS LLP

By: /s/
Steven C. Williams
Attorneys for Plaintiff
PARKLYN BAY COMPANY LLC

[PROPOSED] ORDER

The parties' stipulation is adopted and IT IS SO ORDERED. Motion reset for 10/9/14 at 1:30 p.m. Further CMC reset from 9/4/14 to 10/9/14 at 1:30 p.m. Joint statement due 10/2/14.

Dated: July 30, 2014

The Honorable Edward M. Chen,
United States District Court, Northern District of California

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

3022924.1

2

STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING, OPPOSITION AND REPLY DATES REGARDING MOTION TO DISMISS

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP
312 WALNUT STREET
CINCINNATI, OH 45202