Steven C. Williams, Esq., SBN202988
Fried & Williams LLP
177 Post  Street, Suite 700
San Francisco CA 94108
(415) 421-0100

Attorneys for Plaintiff
PARKLYN BAY COMPANY LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PARKLYN BAY COMPANY LLC,<br><br>                        Plaintiff,<br>                                    v.<br><br>LIBERTY INSURANCE CORPORATION; LIBERTY SUPLUS INSURANCE CORPORATION; LIBERTY INSURANCE UNDERWRITERS INC.; LIBERTY INTERNATIONAL UNDERWRITERS,<br><br>and DOES 1 through 20, inclusive,<br><br>                        Defendants. | Case No. 3:13-CV-03124<br><br>**PROPOSED ORDER** TO AMEND THE COMPLAINT AND WITHDRAW MOTION TO DISMISS<br><br>Dist. Judge Edward M. Chen<br>Courtroom 5, 17th Floor |

**[PROPOSED] ORDER**

Plaintiff, Parklyn Bay Company, LLC, and Defendant Liberty Surplus Insurance

Corporation, having so stipulated and agreed, it is hereby ordered that Plaintiff shall have five

days leave to file a second amended complaint.  It is further ordered that Defendant's Motion to

Dismiss is hereby withdrawn.

**SO ORDERED**, this _5th_ day of ____Sept.____, 2014.

The Honorable Edward M. Chen
United States District

GRANTED

Judge Edward M. Chen