UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PARKLYN BAY COMPANY, LLC, | No. C-13-3124 EMC |
| Plaintiff, | |
| v. | **SUPPLEMENTAL BRIEFING ORDER** |
| LIBERTY INSURANCE CORPORATION, *et al.*, | |
| Defendants. | |

In its reply brief in support of its pending motion for summary judgment, Plaintiff Parklyn Bay Company argues that Defendants had a duty to defend based on the allegations at Paragraph 18 of the complaint in the underlying *Duncan* action. *See* Docket No. 61 (Reply Br.) at 9-10; *see also* Docket No. 58-2 at 27 (*Duncan* Complaint) at ¶ 18 ("During the time plaintiffs were out of their unit, defendants and/or workers employed by defendants made multiple entries into the Premises without prior notice, and without the consent of plaintiffs."). The Defendants are hereby **ORDERED** to file a supplemental brief, not to exceed five (5) pages in length, responding to Plaintiff's argument that the allegations in Paragraph 18 triggered the Defendants' duty to defend. Such supplemental brief shall be filed no later than **9 a.m. PDT on Tuesday, July 28, 2015**.

IT IS SO ORDERED.

Dated: July 24, 2015

_____
EDWARD M. CHEN
United States District Judge