**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PARKLYN BAY COMPANY, LLC,

        Plaintiff,

    v.

LIBERTY INSURANCE CORPORATION, *et al.*,

        Defendants.

_____/

No. C-13-3124 EMC

**SECOND SUPPLEMENTAL BRIEFING ORDER**

      It appears that neither side has identified in its papers on precisely what date(s) Parklyn Bay or Oliver and Co. tendered their respective defenses of the *Duncan* action to Defendant Liberty Insurance.  The parties shall inform the Court when both Parklyn Bay and Oliver and Co. tendered their respective defenses by **4 p.m. PDT on Tuesday, July 28, 2015**.  The parties shall also submit any documentary evidence that supports their position regarding when tender was made (*i.e.*, shall provide copies of the letter(s) tendering defense to Liberty).

      IT IS SO ORDERED.

Dated:  July 28, 2015

_____
EDWARD M. CHEN
United States District Judge