HANSON BRIDGETT LLP
ALEXANDER J. BERLINE, #158098
*aberline@hansonbridgett.com*
425 Market Street, 26th Floor
San Francisco, CA  94105

Fried & Williams LLP
Steven C. Williams, #202988
*swilliams@friedwilliams.com*
480 9th St.
Oakland, CA  94607
Telephone:     (415) 421-0100
Facsimile:      (415) 762-5435

Attorneys for Plaintiff
PARKLYN BAY COMPANY, LLC

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
*patrick.fredette@mccormickbarstow.com*
Timothy R. Sullivan, #128467
*timothy.sullivan@mccormickbarstow.com*
7647 N Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for Defendants
LIBERTY SURPLUS INSURANCE CORPORATION

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| PARKLYN BAY COMPANY, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>    Defendant. | Case No. 3:13-cv-03124-EMC<br><br>**JOINT NOTICE OF SETTLEMENT & REQUEST TO STAY ALL DISCOVERY & PRE-TRIAL DEADLINES 45 DAYS**<br><br>Courtroom: 5<br>Hon. Edward M. Chen |

Plaintiff PARKLYN BAY COMPANY, LLC ("Parklyn" or "Plaintiff") and Defendant LIBERTY SURPLUS INSURANCE CORPORATION ("LSIC" or "Defendant") (collectively "Parties") jointly submit this Notice of Settlement & Request For Stay.

The Parties have agreed to a form of settlement agreement for a full and complete settlement of this case, which has been signed by Plaintiff and which counsel for Defendant believes will be signed later this week. Upon Defendant's signature, the funds must be paid within thirty (30) days, at which time a Stipulated Request for Dismissal will be filed.

The Parties therefore request that the Court stay this case, including any and all discovery and pre-trial deadlines, for at least forty five (45) days.

Dated: April 12, 2016                                      HANSON BRIDGETT LLP

                                                           By:      /s/ Alexander J. Berline
                                                                    Alexander J. Berline
                                                           Attorneys for PARKLYN BAY COMPANY, LLC

Dated: April 12, 2016                                      McCORMICK, BARSTOW, SHEPPARD,
                                                                 WAYTE & CARRUTH LLP

                                                           By:      /s/ Patrick Fredette
                                                                    Patrick Fredette
                                                                    Timothy R. Sullivan
                                                           Attorneys for LIBERTY SURPLUS INSURANCE
                                                                       CORPORATION

IT IS SO ORDERED:

_____
Edward M. Chen
U.S. District Judge

*IT IS SO ORDERED / Judge Edward M. Chen / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*