HANSON BRIDGETT LLP
ALEXANDER J. BERLINE, #158098
*aberline@hansonbridgett.com*
425 Market Street, 26th Floor
San Francisco, CA 94105

Fried & Williams LLP
Steven C. Williams, #202988
*swilliams@friedwilliams.com*
480 9th St.
Oakland, CA 94607

Attorneys for Plaintiff
PARKLYN BAY COMPANY, LLC

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Patrick Fredette, #207284
  *patrick.fredette@mccormickbarstow.com*
Scripps Center, Suite 1050
312 Walnut Street
Cincinnati, OH  45202
Telephone:     (513) 762-7520
Facsimile:      (513) 762-7521

McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Timothy R. Sullivan, #128467
  *timothy.sullivan@mccormickbarstow.com*
7647 N Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:      (559) 433-2300

Attorneys for LIBERTY SURPLUS
INSURANCE CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| PARKLYN BAY COMPANY, LLC,<br><br>              Plaintiff,<br><br>     v.<br><br>LIBERTY SURPLUS INSURANCE CORPORATION,<br><br>              Defendant. | Case No. 3:13-cv-03124-EMC<br><br>**STIPULATED DISMISSAL WITH PREJUDICE**<br><br>Courtroom: 5<br>Hon. Edward M. Chen |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
312 Walnut Street
Cincinnati, OH 45202

3:13-cv-03124-EMC

STIPULATED DISMISSAL

Plaintiff PARKLYN BAY COMPANY, LL ("Plaintiff") and Defendant LIBERTY SURPLUS INSURANCE CORPORATION ("Defendant") (collectively "Parties") jointly submit this Stipulated Dismissal. The Parties have reached a settlement agreement for a full and complete settlement of this case, which has been signed by both Parties. Accordingly, the Parties agree to dismiss this case in its entirety with prejudice. Each party shall bear its own attorney's fees and costs incurred in this case.

Dated: June 8, 2016                     HANSON BRIDGETT LLP

By: /s/Alexander J. Berline
    per email authorization 6/8/16
    Alexander J. Berline
    Attorney for PARKLYN BAY COMPANY, LLC

Dated: June 8, 2016                     McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ Patrick Fredette
    Patrick Fredette
    Attorney for LIBERTY SURPLUS INSURANCE CORPORATION

IT IS SO ORDERED.

Dated: June  9 , 2016

Hon. Edward M. Chen

*IT IS SO ORDERED.  Judge Edward M. Chen* [stamp]

# PROOF OF SERVICE

**STATE OF OHIO, COUNTY OF HAMILTON**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Hamilton, State of Ohio. My business address is Scripps Center, Suite 1050, 312 Walnut Street, Cincinnati, OH 45202.

On June 8, 2016, I served true copies of the following document(s) described as **STIPULATED DISMISSAL** on the interested parties in this action as follows:

| | |
|---|---|
| Steven C. Williams<br>Fried & Williams LLP<br>480 9th St.<br>Oakland, CA  94607<br>Telephone:    (415) 421-0100<br>Facsimile:     (415) 762-5435 | Attorney for Plaintiff,<br>PARKLYN BAY COMPANY LLC |
| Alexander J. Berline<br>Hanson Bridgett LLP<br>425 Market Street, 26th Floor<br>San Francisco, CA  94105 | Attorney for Plaintiff,<br>PARKLYN BAY COMPANY LLC |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 8, 2016, at Cincinnati, Ohio.

/s/Alex McCool
Alex McCool